# IN THE SUPREME COURT OF THE STATE OF NEVADA

JORJA MOSLEY,
                                    Appellant,
                    vs.
DARROL S. MOSLEY,
                                    Respondent.

No. 68262

FILED

JUL 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion for new trial challenging the divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Eighth Judicial District Court Dept. B, Judge.

On May 24, 2016, this court entered an order directing appellant to file and serve the civil proper person appeal statement within 15 days. We cautioned appellant that failure to timely comply with our order could result is dismissal of this appeal as abandoned. Appellant has filed to file the proper person appeal statement or otherwise communicate with this court; accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

16-21358

cc: Eighth Judicial District Court Dept. B, Family Court Division
Jorja Mosley
Solomon Dwiggins & Freer, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A